IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20218
Summary Calendar
_____


RAYMOND L. COLLINS,

                                        Plaintiff-Appellant,

versus

TDC PACK I UNIT,

                                        Defendants,

and

D MOYA; ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-0237
- - - - - - - - - -
April 18, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Appellant Raymond Collins's contentions (1) that he was

denied a full and fair Spears v. McCotter, 766 F.2d 179 (5th Cir.

1985), hearing in the district court; and (2) that he is entitled

to relief because of delay in providing him with a copy of the

hearing transcript and in processing his application for leave to

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

appeal in forma pauperis, are frivolous.  Accordingly, this appeal is DISMISSED.  See 5th Cir. R. 42.2.

IT IS FURTHER ORDERED that Collins's motions, some of which are frivolous, are DENIED.

We caution Collins that the filing of any further frivolous appeals or motions will invite the imposition of sanctions. Collins is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by the court.

APPEAL DISMISSED; MOTIONS DENIED; WARNING ISSUED.